JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>   Petitioner,<br><br> v.<br><br>CHAD BIANCO, RIVERSIDE COUNTY SHERIFF,<br><br>   Respondent. | Case No. 5:23-cv-01950-SVW-JC<br><br>JUDGMENT |

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: December 19, 2024

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE